WARD L. BENSHOOF (State Bar No. 054987)
ANDREA S. WARREN (State Bar No. 287781)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Emails: ward.benshoof@alston.com
andrea.warren@alston.com

Attorneys for Plaintiff
INGRID CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CACH, LLC; NELSON & KENNARD; GYTANA CASTRO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:   CV13-00504-MRW<br><br>**[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

# ORDER

The court having considered the STIPULATED PROTECTIVE ORDER of the Parties to enter collectively the agreement to keep confidential and/or proprietary material claimed by Plaintiff Ingrid Castillo and Defendant Nelson & Kennard pursuant to the terms of the STIPULATED PROTECTIVE ORDER therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties enter the STIPULATED PROTECTIVE ORDER, dated March 7, 2013, modified as follows:

1. Paragraph 9 - Any motion regarding a challenge to a designation of confidentiality must comply fully with the joint discovery motion provisions of Local Rule 37.
2. Paragraph 10 - Any request to file material under seal must comply fully with the application provisions of Local Rule 79.
3. The parties requested entry of this protective order before defendant answered the complaint and before the parties' Rule 26(f) conference. The Court's entry of the order – which presumably will facilitate an early, voluntary production of relevant materials – does not relieve the parties of their obligations under Rule 26(a) and (f). No compulsory discovery may occur except under those rules unless ordered by the Court.

Dated: March 7, 2013

**/s/ Judge Wilner**

_____

Honorable Michael R. Wilner
United States Magistrate Judge

**1**
[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER; ORDER THEREON

LEGAL02/33984449v1