WARD L. BENSHOOF (State Bar No. 054987)
ANDREA S. WARREN (State Bar No. 287781)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Emails: ward.benshoof@alston.com
andrea.warren@alston.com

Attorneys for Plaintiff
INGRID CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CACH, LLC; NELSON & KENNARD; GYTANA CASTRO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:   CV13-00504-MRW<br><br>**PLAINTIFF INGRID CASTILLO'S FILING OF LETTER BRIEF SUBMITTED TO THE COURT IN ADVANCE OF DISCOVERY TELEPHONE CONFERENCE**<br><br>**Date:** July 3, 2013<br><br>**Time:** 9:00 a.m.<br><br>**Location:** Via Telephone Conference |

Pursuant to the direction of the Court during the July 3, 2013 telephone conference between Plaintiff Ingrid Castillo ("Castillo") and Defendants CACH, LLC and Nelson & Kennard concerning discovery matters, Plaintiff formally files the following documents. These documents were previously sent to the Court in advance of the telephone conference via e-mail messages:

1. Plaintiff Castillo's Letter Brief re Telephonic Discovery Conference with Attachments Exhibits A-D, attached hereto as **Exhibit 1**.
2. Plaintiff Castillo's Notice of Taking Deposition of CACH, LLC's Person(s) Most Knowledgeable dated June 17, 2013, attached hereto as **Exhibit 2**.
3. Plaintiff Castillo's Notice of Taking Deposition of Nelson & Kennard's Person(s) Most Knowledgeable, dated June 17, 2013, attached hereto as **Exhibit 3**.
4. Plaintiff Castillo's letter, dated June 4, 2013, transmitting Plaintiff's Draft PMK Deposition Notices, attached hereto as **Exhibit 4**.

Dated: July 3, 2013

WARD L. BENSHOOF
ANDREA S. WARREN
**ALSTON & BIRD LLP**

*/s/ Ann Warren*

Andrea S. Warren
Attorneys for Plaintiff
INGRID CASTILLO