TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant CACH, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CACH, LLC; NELSON & KENNARD; GYTANA CASTRO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV13-00504-MRW<br><br>**STIPULATION TO DISMISS ACTION AS TO DEFENDANT CACH, LLC** |

IT BEING HEREBY STIPULATED by and between Plaintiff Ingrid Castillo and Defendant CACH, LLC through their counsel of record that Defendant CACH, LLC be dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(1) as a result of the settlement of that has been reached by Plaintiff

-1-

Ingrid Castillo and Defendant CACH, LLC and the satisfaction of the Clerk's Judgment entered on August 12, 2013 by Defendant CACH, LLC, Plaintiff Ingrid Castillo and Defendant CACH, LLC jointly move this court to dismiss Defendant CACH, LLC from this action and all claims asserted therein with prejudice.

Dated: October 16, 2013

**ALSTON & BIRD LLP**

By: /s/ Ward L. Benshoof
WARD L. BENSHOOF
Attorneys for Plaintiff Ingrid Castillo

Dated: October 16, 2013

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/ Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendant CACH, LLC

*Castillo v. CACH et al.*
**USDC, Case No. CV13-00504-MRW**

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, CA 92705.

On October 16, 2013, I served a true copy of **STIPULATION TO DISMISS ACTION AS TO DEFENDANT CACH, LLC AND PROPOSED ORDER** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

| | |
|---|---|
| Ward Benshoof, Esq.<br>Andrea Warren, Esq.<br>ALSTON & BIRD, LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071 | David J. Kaminski, Esq.<br>CARLSON & MESSER, LLP<br>5959 West Century Blvd. Suite 1214<br>Los Angeles, CA 90045 |

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on October 16, 2013 at Santa Ana, California.

_/s/Timothy Johnson_
TIMOTHY P. JOHNSON

STIPULATION TO DISMISS ACTION
AS TO DEFENDANT CACH, LLC                                  CV13-00504-MRW