WARD L. BENSHOOF (State Bar No. 054987)
ANDREA S. WARREN (State Bar No. 287781)
**Alston & Bird LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Emails: ward.benshoof@alston.com
andrea.warren@alston.com

Attorneys for Plaintiff INGRID CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CASTILLO,<br><br>            Plaintiff,<br><br>vs.<br><br>CACH, LLC; NELSON & KENNARD; GYTANA CASTRO; and DOES 1 through 10, inclusive,<br><br>            Defendants | Case No:   2:13-CV-00504-MRW<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Hearing Date: October 30, 2013<br>Hearing Time: 9:30 a.m.<br>Courtroom: Telephonic Hearing<br>            Honorable Michael R. Wilner<br><br>Complaint Filed: January 23, 2013 |

**STATUS REPORT**

Plaintiff Ingrid Castillo ("Castillo") files this Status Report to report on developments since the Parties last telephonic conference with the Court.

## I. SETTLEMENT DISCUSSIONS

As reported in Plaintiff's previous Status Report, on October 2, 2013, following further case assessment, Plaintiff made a settlement offer to Nelson & Kennard and Castro jointly of $9,469.70.

Defendants' counsel responded to this offer by telephone call to Plaintiff's counsel on October 25, 2013, ultimately proposing that the Parties agree to a "split the difference" settlement. Plaintiff accepted Defense counsel's proposal on the condition that the matter could be promptly concluded on those terms without necessity of further time being devoted to negotiating such an amount.

As of the time of the filing of this Status Report, Defense counsel has indicated that he is still awaiting settlement confirmation from his clients.

## II. PLAINTIFF'S PROPOSED FIRST AMENDED COMPLAINT

If the remaining defendants refuse to accept the agreement reached between counsel, Plaintiff intends to amend her Complaint to add further alleged violations of the Fair Debt Collection Practices Act against Nelson & Kennard and Castro. A copy of that proposed Amended pleading was provided to Defense counsel prior to the Parties' last telephonic conference with the Court, and was discussed in Plaintiff's previous Status Report.

In the event that there is no settlement, Plaintiff has asked that the defendants – without waiving any objections or defenses – stipulate that Plaintiff may be granted leave of Court to file her amended pleading.

///

///

1

Plaintiff's Status Report

LEGAL02/34478135v1

As of the time of the filing of this Status Report, Plaintiff does not know whether defendants will so stipulate.

Dated: October 29, 2013         Respectfully submitted,

**ALSTON & BIRD LLP**
WARD L. BENSHOOF
ANDREA S. WARREN


_/s/ Ward L. Benshoof_
Ward L. Benshoof
Attorneys for Plaintiff Ingrid Castillo

2
Plaintiff's Status Report
LEGAL02/34478135v1