WARD L. BENSHOOF (State Bar No. 054987)
ANDREA S. WARREN (State Bar No. 287781)
**Alston & Bird LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Emails: ward.benshoof@alston.com
andrea.warren@alston.com

Attorneys for Plaintiff INGRID CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CASTILLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CACH, LLC; NELSON & KENNARD; GYTANA CASTRO; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | Case No:　2:13-CV-00504-MRW<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S STATUS REPORT [DOCUMENT 58]**<br><br>Hearing Date: October 30, 2013<br>Hearing Time: 9:30 a.m.<br>Courtroom: Telephonic Hearing<br>　　　　　Honorable Michael R. Wilner<br><br>Complaint Filed: January 23, 2013 |

---

Plaintiff's Status Report

LEGAL02/34478731v1

TO THE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT;

    Plaintiff Ingrid Castillo inadvertently filed on October 29, 2013, Plaintiff's Status Report (Document No. 58) in the above-captioned action. Please withdraw Document No. 58 from the Court's Docket.

Dated: October 29, 2013        Respectfully submitted,

**ALSTON & BIRD LLP**
WARD L. BENSHOOF
ANDREA S. WARREN


                                    */s/ Ward L. Benshoof*
                              Ward L. Benshoof
                              Attorneys for Plaintiff Ingrid Castillo