1  WARD L. BENSHOOF (State Bar No. 054987)
2  ANDREA S. WARREN (State Bar No. 287781)
   **Alston & Bird LLP**
3  333 South Hope Street, 16th Floor
   Los Angeles, CA  90071-1410
4  Telephone:  (213) 576-1000
   Facsimile:  (213) 576-1100
5  Emails:     ward.benshoof@alston.com
               andrea.warren@alston.com

6  Attorneys for Plaintiff INGRID CASTILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CASTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>CACH, LLC; NELSON & KENNARD; GYTANA CASTRO; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No:    2:13-CV-00504-MRW<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]**<br><br>Courtroom:   H – 9th Floor<br>             Honorable Michael R. Wilner<br><br>Complaint Filed: January 23, 2013 |

---

[Proposed] Order Granting Voluntary Dismissal with Prejudice

LEGAL02/34650953v1

# ORDER

The Court having considered the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, it is hereby ordered that:

1. All claims for relief against Defendants Nelson & Kennard and Gytana Castro in the above-captioned action are dismissed with prejudice.

Dated: February 4, 2014

_____
Honorable Michael R. Wilner
United States Magistrate Judge